```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| William Garcia, | : | CIVIL ACTION |
| | : | NO. 19-3184 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Vertical Screen, Inc., | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this **22nd** day of **May, 2020**, after considering Plaintiff's Motion to Dismiss Counterclaims (ECF No. 30), Defendant's Response to Motion to Dismiss (ECF No. 33), and Plaintiff's Motion for Leave to File Reply in Support of Motion to Dismiss (ECF No. 34), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Dismiss Counterclaims (ECF No. 30) is **DENIED.**

It is **FURTHER ORDERED** that Plaintiff's Motion for Leave to File Reply in Support of Motion to Dismiss (ECF No. 34) is **GRANTED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**