```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM GARCIA,                  :    CIVIL ACTION
                                 :    NO. 19-03184
         Plaintiff               :
    v.                           :
                                 :
VERTICAL SCREEN, INC.,           :
                                 :
         Defendant               :
```

### ORDER

**AND NOW**, this **21st** day of **March, 2022,** upon consideration of Defendant's Motion for Summary Judgment (ECF No. 66), Plaintiff's Motion for Summary Judgment (ECF No. 67), and all responses thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 66) is **GRANTED in part and DENIED** in part. Defendant's motion is **GRANTED** as to Plaintiff's claims under the Americans with Disabilities Act (Count I), Family and Medical Leave Act (Count II), Title VII of the Civil Rights Act of 1964 (Count III), the Pennsylvania Human Relations Act (Count V), and as to Plaintiff's request for punitive damages. Defendant's motion is **DENIED** as to Plaintiff's claim for failure to pay wages owed in violation of the Pennsylvania Wage and Collection Law (Count IV) and as to Defendant's counterclaims.

2. Plaintiff's Motion for Summary Judgment (ECF No. 67) is also **GRANTED in part and DENIED in part.**

Plaintiff's motion is **GRANTED** as to Defendant's liability for wages owed under the Pennsylvania Wage and Collection Law (Count IV) and as to Defendant's request for exemplary damages and attorneys' fees pursuant to its trade secret claims. Plaintiff's motion is **DENIED** as to Defendant's counterclaim for breach of contract and as to Plaintiff's potential liability for misappropriation of trade secrets under the Defend Trade Secrets Act and the Pennsylvania Uniform Trade Secrets Act.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**